634

158 A.3d 66

Kristian BALAS, Petitioner

v.

WORKERS' COMPENSATION APPEAL BOARD (COVENTRY PLUMBING AND LANGTON), Respondents

No. 339 MAL 2016

Supreme Court of Pennsylvania.

September 19, 2016

## ORDER

PER CURIAM

**AND NOW**, this 19th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.